No. 11–6573. JONES v. WHITNEY HOLDING CORP. ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.